**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | <u>**Cieniawa v. Comm. Wealth**</u> : | **CIVIL NO. 1:CV-11-1345** |
| | <u>**of Pennsylvania Luzerne**</u> : | |
| | <u>**County Courts, et al.**</u> : | |
| | : | |
| **Inmate:** | **Jason Cieniawa** : | **(Judge Conner)** |
| | : | |
| **ID Number:** | **HX 8095** : | |

## ORDER

On July 21, 2011, Jason Cieniawa, an inmate currently confined at the State Correctional Institution, Greensburg, Pennsylvania, filed a habeas corpus petition without submitting a filing fee or a motion to proceed <u>in forma pauperis</u>. By Administrative Order dated July 21, 2011, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed <u>in forma pauperis</u>. Notwithstanding this admonition, thirty (30) days have elapsed and the Petitioner has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                  S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge

DATE:       August 26, 2011